UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Harriet Clemens,

Plaintiff,

v.

NCO Financial Systems, Inc.,

Defendant.

Court File No. CV 00- 757 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 21 August 2000

Steven T. Appelget
1102 Grand Avenue
St. Paul, MN 55105
Telephone: (612)224-5079

**Attorneys for Plaintiff**

Dated: 8-25-00

James F. Roegge (#92678)
Alana K. Bassin (#266589)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

**Attorneys for Defendant**



AUG 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 29 2000
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 8/28/00

Judge of United States District Court